CLARENCE L. HILL, Respondent, v. ALICE M. KURTZ, Individually and as Trustee, etc., Appellant, and PRUDENTIAL SAVINGS BANK, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion to vacate granted, with ten dollars costs, upon the ground that the real issue appears to be whether or not plaintiff gave the moneys or account to the defendant; that upon that issue the burden rests upon defendant, and that, therefore, the effort of the plaintiff is to examine the defendant as to her defense, which in general is contrary to the rule. (See *Oshinsky* v. *Gumberg*, 188 App. Div. 23, decided by this court May 16, 1919, and *Segschneider* v. *Waring Hat Manufacturing Co.*, 134 id. 217.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

MARIA D. HITCHINGS, Respondent, v. THEODORE G. CLARKE and EDWARD L. FROST, Appellants, Impleaded with WILLIAM F. WYCKOFF, Defendant.— Judgment and order unanimously affirmed, with costs. No personal or professional commission or omission is established against the defendants Clarke and Frost. Their liability is the penalty of their partnership with another. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MARGARET HUNEKE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Petition of JAMES A. FLANIGAN, to Render and Settle His Account as Executor, etc., of ARTHUR J. HEANEY, Deceased. WILLIAM J. HEANEY, Appellant; JAMES A. FLANIGAN and Another, Respondents.— Order of the Surrogate's Court of Suffolk county reversed; decree opened and set aside, and matter remitted to said Surrogate's Court, with directions, after hearing the appellant, to make a decree settling and adjusting the accounts of the executors, without making any construction or determination of the meaning of the will as to the rights of the appellant in the future, with costs and disbursements to the appellant, payable from the estate; upon the ground that a construction of the will is not necessary in this proceeding, the object of which is to settle the accounts of the executors, and, therefore, the surrogate was without jurisdiction to make the same. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred. Order to be settled on notice before Mr. Justice Blackmar.

In the Matter of the Application of CATHERINE KERRIGAN, Appellant, for a Writ of Mandamus against ARNOLD B. MCSTAY, as Commissioner of Street Cleaning of the City of New York, and as Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

KATHERINE L. JOCKEL, Appellant, v. LESLIE R. PALMER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.